No. 103. W. A. Thomson *v.* Alexander W. Thomson et al., etc. Error to the Supreme Court of the State of Illinois. Motion to dismiss submitted October 4, 1926. Decided October 11, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Town of Graham,* 253 U. S. 193, 195. *Messrs. Henry S. Robbins, Silas H. Strawn,* and *Walter H. Jacobs* for defendants in error, in support of the motion. *Messrs. William M. Bullitt* and *Samuel B. King* for plaintiff in error, in opposition thereto.

No. 524. Canal-Commercial Trust & Savings Bank and Union Indemnity Company *v.* Earl Brewer. Error to the Supreme Court of the State of Mississippi. Motion to dismiss or affirm submitted October 4, 1926. Decided October 11, 1926. *Per Curiam.* Writ of error dismissed on the authority of *Consolidated Turnpike Co.* v. *Norfolk and Ocean View Railway Co.,* 228 U. S. 326, 334. Application for certiorari also denied. *Mr. John W. Cutrer* for defendant in error, in support of the motion. *Messrs. Marcellus Green, Garner W. Green,* and *Chalmers Potter* for plaintiffs in error, in opposition thereto. See *post,* p. 643.